478 A.2d 70

Commonwealth v. Conroy, Appellant.

Petition for Allowance of Appeal
Denied Jan. 8, 1985.

Submitted February 3, 1984. William P. James, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order denying P.C.H.A. relief is affirmed.